IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JAMES WATTS, and ARLO KREBS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GOD'S KINGDOM, LTD, BRIAN NASTRUZ, JERRY FOSTER, SHEPPARD AUTO SALES AND PARTS INC., and MIDWEST DEMOLITION AND SCRAP INC.<br><br>  Defendants. | Civil Action No. 4-22 -cv 04110 |

## MOTION TO AMEND DISCOVERY SCHEDULE AND CONTINUE TRIAL DATE

**NOW COMES** attorney Richard J. Keating, Jr., of SWANSON, MARTIN & BELL, LLP, counsel for Defendant BRIAN NASTRUZ, in conjunction with the other parties, propose the following Motion to Amend the Discovery Schedule and Continue the Trial Date, states as follows:

1. This matter is a complaint for property damage and/or conversion. The Complaint was filed against five total defendants: God's Kingdom, LTD, Brian Nastruz, Jerry Foster, Sheppard Auto Sales and Parts Inc., and Midwest Demolition and Scrap, Inc.

2. Defendants Brian Nastruz, Sheppard Auto Sales and Parts Inc., and Midwest Demolition and Scrap, Inc. have all appeared and answered the Complaint. Defendant Jerry Foster has not been served and has not appeared. Defendant God's Kingdom, LTD has been served, and has not filed an effective responsive pleading.

3. Plaintiffs has obtained a default order against God's Kingdom, LTD, but not default judgment.

#11419963.1

4. Considerable time and effort have been expended to obtain service on Jerry Foster, and to allow God's Kingdom, LTD to file a proper responsive pleading.

5. While awaiting appearance and proper responsive pleading by Jerry Foster and God's Kingdom, LTD, the parties agreed to delay discovery. Additionally, it was hoped that resources from engaging in discovery could be conserved to allow the parties to pursue settlement.

6. Additionally, the defendants that have appeared have attempted to resolve this matter, both formally and informally. A settlement conference was held on March 27, 2025 before the Honorable Judge Long, but did not result in a settlement. (See Dkt. #46). Further, even after the unsuccessful settlement conference, the parties continued to discuss settlement.

7. On March 31, 2025, this Court entered a set a pretrial and trial schedule requiring:

- Submission of proposed Pretrial Order by May 13, 2025
- Final Pretrial Conference by May 20, 2025
- Bench Trial set for June 30, 2025

8. Now that settlement discussions have been exhausted without resolution, the parties would like to complete discovery. In order to do so, a proposed adjusted schedule is as follows:

- Completion of written discovery by June 2, 2025
- Completion of party depositions by July 7, 2025
- Any motions for summary judgment to be filed by August 1, 2025

9. Defendants Nastruz, and Midwest and are in agreement with this proposal. Counsel for Shepard was provided with the proposed changes to the scheduling order on Wednesday, May 7th. Counsel for Shepard has not responded to voice an objection. One of the Plaintiff's objects to continuing the trial, while the other does not. If the trial is continued, both plaintiff's are in agreement with the proposed schedule.

#11419963.1

10. The case is currently set for a bench trial, and new bench trial date in late October would be requested if that is allowable with the Court's current calendar. The bench trial would be expected to last two trial days.

WHEREFORE, counsels request the entry of a Court Order granting this Motion to Amend the Discovery Schedule and Continue the Trial Date, and for any other relief this Court feels is just and necessary.

Respectfully submitted,

**DENTONS DAVIS BORWN PC**

By: _/s/ Robert B. McMonagle_
Robert B. McMonagle
One of the Attorneys for Plaintiffs
**JAMES WATTS and ARLO KREBS**

**SWANSON, MARTIN & BELL, LLP**

By: _/s/ Richard J. Keating, Jr._
Richard J. Keating, Jr.
One of the Attorneys for Defendant
**BRIAN NASTRUZ**

**DELANO LAW OFFICES, LLC**

By: _/s/ Andrew J. Ricci_
Andrew J. Ricci
One of the Attorneys for Defendant
**MIDWEST DEMOLITION AND SCRAP, INC.**

Prepared by:
Richard J. Keating, Jr. (6229550)
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100 (p) / (312) 321-0990 (f)
rkeating@smbtrials.com

#11419963.1