# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| JAMES WATTS, and ARLO KREBS,<br><br>    Plaintiffs,<br><br>v.<br><br>GOD'S KINGDOM, LTD, BRIAN NASTRUZ, JERRY FOSTER, SHEPPARD AUTO SALES AND PARTS INC., and MIDWEST DEMOLITION AND SCRAP INC.<br><br>    Defendants. | CASE NO. 4:22-CV-04110-SLD-JEH |

## STATUS REPORT

Plaintiffs James Watts and Arlo Krebs, by and through their undersigned counsel, and pursuant to the Court's Text Order of August 20, 2025, hereby provide the following Status Report:

1. On July 1, 2025, the parties filed a Joint Motion for Extension of Discovery Deadlines because of a health condition suffered by Plaintiff Arlo Krebs, and injuries sustained by Attorney William Pryor, counsel for Sheppard Auto Sales and Parts, Inc.

2. On June 15, 2025, Mr. Krebs was taken by ambulance to Genesis East Hospital in Davenport, Iowa, after suffering a heart attack.

3. Mr. Krebs received treatment at the hospital until June 20, 2025, including surgical placement of a stent.

4. Mr. Krebs received a second operation on July 17, 2025, at which time an additional stent was placed.

5. As of August 28, 2025, Mr. Krebs believes that he is strong enough to resume

#4854795

participating in this litigation.

6. On June 18, 2025, Mr. Pryor was involved in a serious motor vehicle accident in which the vehicle he was driving rolled over and he had to be extricated from the vehicle.

7. Mr. Pryor suffered severe injuries in the accident.

8. Mr. Pryor reported to the undersigned counsel on August 29 that his health is much improved from what it was, though he is still under a doctor's care, and he currently only works part-time.

9. Mr. Pryor believes that by mid-to-late October, he should be in a better position to be able to proceed with this litigation.

10. The parties appreciate the Court's patience in permitting the above-identified persons to heal sufficiently to proceed with this litigation in mid to late October 2025.

>   /s/ Robert B. McMonagle
>   Robert B. McMonagle, ARDC 6229831
>   DENTONS DAVIS BROWN PC
>   The Davis Brown Tower
>   215 10th Street, Suite 1300
>   Des Moines, Iowa 50309-3993
>   Telephone: 515-288-2500
>   Facsimile: 515-243-0654
>   Email: robert.mcmonagle@dentons.com
>   **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I electronically filed the foregoing document via PACER. In addition, I certify that I have served all counsel of record via PACER on this date. God's Kingdom LTD was served via US Mail to the address previously provided by that Defendant.

Copies to:

God's Kingdom Ltd.
8400 77th Street West
Taylor Ridge, IL 61284
**ADDRESS PROVIDED BY DEFENDANT GOD'S KINGDOM LTD.**


Richard Keating
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 222-8568
Email: rkeating@smbtrials.com
**ATTORNEY FOR DEFENDANT BRIAN NASTRUZ**

Andrew J. Ricci
Delano Law Offices, LLC
One Southeast Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: (217) 544-2703
Facsimile: (217) 544-4664
E-mail: aricci@delanolaw.com
**ATTORNEY FOR MIDWEST DEMO & SCRAP**

William Pryor
Pryor Law Office
PO Box 95
Springfield, IL 62705
Telephone: (217) 525-9018
Email: pryorlawoffice@comcast.net
**ATTORNEY FOR DEFENDANT SHEPPARD AUTO SALES**