UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JAMES WATTS AND ARLO KREBS, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> GOD'S KINGDOM, LTD, BRIAN NASTRUZ, ) <br> JERRY FOSTER, SHEPPARD AUTO SALES ) <br> AND PARTS INC., and MIDWEST ) <br> DEMOLITION AND SCRAP INC., ) <br> ) <br> Defendants. ) | Civil Action No.: 4:22-CV-04110 |

### DEFENDANT SHEPPARD AUTO SALES AND PARTS, INC.'S COMPLIANCE WITH COURT'S 11/13/2025 ORDER

NOW COMES Defendant, SHEPPARD AUTO SALES AND PARTS, INC., by and through its attorney, WILLIAM A. PRYOR, and hereby states as follows:

1. On or about November 13, 2025 this Court entered an order directing parties to confer and file a proposed discovery schedule on or before November 21, 2015.

2. On or about August 21, 2024, Attorney Pryor served Plaintiffs' former counsel, Robert McMonagle with a Request to Produce and Interrogatories.

3. On or about May 30, 2025, Attorney Pryor served Plaintiffs' former counsel, Robert McMonagle with a second set of interrogatories and a Second Request to Produce.

4. On or about September 30, 2025, Attorney McMonagle informed Attorney Pryor that he intended to withdraw as Plaintiffs attorney of record due to his impending retirement.

5. On November 17, 2025, this Honorable Court conducted a telephone hearing on the Motion to Withdraw filed by Attorney McMonagle.

6.  During the telephone hearing, Attorney McMonagle and Plaintiffs' new attorney, Cameron Davidson, indicated that they would respond to Defendant Sheppard's discovery requests.

7.  On or about November 18, 2025, Attorney Pryor reached out to Attorney Davidson regarding the overdue discovery responses. (See Exhibit A attached hereto and made a part hereof).

8.  To date, no discovery responses have been received by Attorney Pryor.

9.  Attorney Pryor is desirous to comply with the Court's November 13, 2025 order; however, Attorney Pryor is unable to agree to a discovery schedule until such time as he receives the responses to his prior discovery requests.

WHEREFORE, Attorney Pryor respectfully requests this Honorable Court to enter an order acknowledging that he has complied with its November 13, 2025 order and for any other relief the Court feels is meet and proper.

SHEPPARD AUTO SALES AND PARTS, INC.,
Defendant,

BY: */s/William A. Pryor*
     WILLIAM A. PRYOR
     Its Attorney

Mr. William A. Pryor
PRYOR LAW OFFICES
P.O. Box 95
Springfield, IL 62705
Telephone: 217-525-9018
Fax: 217-726-9824
ARDC #6180577
pryorlawoffice@comcast.net

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was electronically served upon each of the addressees hereinafter set forth on November 21, 2025:

Mr. Cameron Davidson (cdavidson@davidsonlegal.group)
Ms. Cara Freeman (cfreeman@davidsonlegal.group)
Davidson Legal Group
1617 Second Avenue, Ste. 300
Rock Island, IL 61201

Mr. Andrew J. Ricci (aricci@delanolaw.com)
Delano Law offices, LLC
One Southeast Old State Capitol Plaza
Springfield, IL 62701

Mr. Richard Keating (rkeating@smbtrials.com; lwatson@smbtrials.com)
SWANSON MARTIN & BELL LLP
Suite 3300
330 N Wabash Ave
Chicago, IL 60611

and a copy of the foregoing instrument was served upon the individual hereinafter set forth by enclosing the same in an envelope plainly addressed to said individual, affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on November 21, 2025:

Mr. Jerry Foster
8400 77th Street West
Taylor Ridge, IL 61284

            */s/William A. Pryor*

Mr. William A. Pryor
PRYOR LAW OFFICES
P.O. Box 95
Springfield, IL 62705
Telephone: 217-525-9018
Fax: 217-726-9824
ARDC #6180577
pryorlawoffice@comcast.net

**pryorlawoffice@comcast.net**

| | |
|---|---|
| From: | pryorlawoffice@comcast.net |
| Sent: | Tuesday, November 18, 2025 1:31 PM |
| To: | 'Cameron Davidson' |
| Cc: | 'Andrew Ricci'; 'rkeating@smbtrials.com' |
| Subject: | Watts, et al v. God's Kingdom, et al; 4-22-CV-4110-SLD-RLH |

Dear Cameron:

Since we have been unable to connect with each other by telephone, I am sending you this email in hopes that it will get your attention.

As you know, we have a court ordered mandate to file a joint discovery schedule. As I have indicated previously to you and others, I am not able to agree to any discovery cutoffs at this time. As you know, the discovery requests from my clients to yours has been ignored for over 2 years. At last month's audio conference with the Judge, you indicated that you would comply with my discovery requests expeditiously and former counsel, Mr. McMonagle, indicated that he would do anything he could to assist you with compliance. As you are aware, to date I have not received, nor have you transmitted, answers to my discovery requests.

Iin a letter to former counsel, as a possible shortcut, I indicated the information that I needed in letter form so it would perhaps be easier for your compliance. I believe I sent you a copy of that letter. That didn't generate a response or compliance either as you know.

I object and cannot agree to any discovery time table unless and until I get responses to my now ancient interrogatories and requests to produce. I'm sure you understand that responses to those discovery requests are necessary before I can agree to any kind of time table involving future discovery cutoffs. I need those responses to determine if I need any additional discovery, therefore I cannot agree to any time frame.

My second issue is important. Are you or your clients aware that the invisible man (Jerry Foster) actually contacted my client (Steve Sheppard, Jr.) to see if my client had any interest in purchasing the metal building that still exists on the subject property. My client indicated that he couldn't respond to Mr. Foster's offer due to pending litigation. Are your clients aware of this solicitation by Foster in regard to sale of what they contend is their property?

This is a further indication that Jerry Foster is a necessary defendant in our pending litigation. What must I do to persuade you to get service of process on Mr. Foster? Also you might note that Mr. Foster has contacted Defendant Midwest, Plaintiffs' Attorney McMonagle (2x), and my client (2x). For your edification, Mr. Foster's phone number is 773-647-3148.

Based on my inability to make contact with you, I cannot participate, agree, or sign off on any order that involves cutoff dates; at least until your client complies with my prior discovery requests.

Please reach out to me by email or telephone (217-725-9018) so we can resolve our issues and comply with the Court's direction.

1

Exhibit A

Very truly yours,

*William A. Pryor*

William A. Pryor
Pryor Law Office
P.O. Box 95
Springfield, IL 62705
T: 217-525-9018
F: 217-726-9824
pryorlawoffice@comcast.net

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is privileged and confidential under the attorney/client privilege and/or attorney work product privilege. If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender either by e-mail or telephone (217-525-9018) that you have received this communication in error; then please delete this e-mail without disclosing its contents to anyone. Thank you.