UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JAMES WATTS and ARLO KREBS, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CASE NO. 4:22-CV-04110-SLD-JEH ) |
| GOD'S KINGDOM, LTD, BRIAN NASTRUZ, JERRY FOSTER, SHEPPARD AUTO SALES AND PARTS, INC., and MIDWEST DEMOLITION AND SCRAP, INC. | ) ) ) ) ) ) ) |
| Defendant. | ) ) |

## PROPOSED AMENDED DISCOVERY PLAN

NOW COMES Plaintiffs, James Watts and Arlo Krebs, Defendants, Midwest Demolition and Scrap, Inc., and Brian Nastruz, having conferred on or before November 21, 2025, for the purpose of formulating a proposed discovery schedule for consideration pursuant to the Court's Order dated November 13, 2025, hereby submit the following agreed deadlines:

1. Fact Discovery Deadline:           March 1, 2026

2. Plaintiff Expert Deadline:         May 1, 2026

3. Defendants Expert Deadline:        June 1, 2026

4. Plaintiff's Rebuttal Expert Deadline:   July 1, 2026

5. Close of Discovery Deadline:       August 1, 2026

6. Dispositive Motion Deadline        August 1, 2026

Defendant Shepard Auto Sales and Parts, Inc., is not agreeable to any schedule as noted in his filing with the court on November 21, 2025 (see Dkt #61).

APPROVED AS TO CONTENT AND FORM:

| | |
|---|---|
| _/s/ Cameron Davidson_ | /S/Andrew J. Ricci |
| James Watts & Alro Krebs, Plaintiff | Midwest Demolition and Scrap, Inc., Defendant |
| BY: Cameron A. Davidson | BY: Andrew J. Ricci |
| Davidson Legal Group, P.C. | Delano Law Offices |
| 1617 2nd Ave | One SE Old State Capitol Plaza |
| Rock Island, IL 61201 | Springfield, IL 62701 |
| Telephone: (309) 788-7110 | Phone: 217-544-2703 |
| E-mail: cdavidson@davidsonlegal.group | Email: aricci@delanolaw.com |

/S/Richard Keating
Brian Nastruz, Defendant
c/o Richard Keating
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste 3300
Chicago, IL 60611
Phone: 312-222-8568
Email: rkeating@smbtrials.com
          lwatson@smbtrials.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2025, a copy of the foregoing document was filed electronically and sent to counsel of record via email to:

Shepard Auto Sales and Parts, Inc., Defendant
c/o William A. Pryor
Pryor Law Offices
P.O. Box 95
Springfield, IL 62705
Telephone:  217-525-9018
E-Mail: pryorlawoffice@comcast.net

Brian Nastruz, Defendant
c/o Richard Keating
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste 3300
Chicago, IL 60611
Phone: 312-222-8568
Email: rkeating@smbtrials.com
       lwatson@smbtrials.com

Midwest Demolition and Scrap, Inc., Defendant
c/o Andrew Ricci
Delano Law Offices
One SE Old State Capitol Plaza
Springfield, IL 62701
Phone: 217-544-2703
Email: aricci@delanolaw.com

                           BY:   _____
                                   Cara Freeman, Paralegal